**MOTLEY RICE LLC**
Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

**LABATON SUCHAROW LLP**
Christopher J. Keller
ckeller@labaton.com
Eric J. Belfi
ebelfi@labaton.com
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for the Institutional Investor Group
and Proposed Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| RICHARD GAMMEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER and CATHERINE A. LESJAK,<br><br>Defendants. | Case No.: 8:11-cv-1404-AG-RNB<br><br>Class Action<br><br>**JOINT DECLARATION OF THE INSTITUTIONAL INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>DATE: December 12, 2011<br>TIME: 10:00 a.m.<br>COURTROOM: 10D<br>JUDGE: Hon. Andrew J. Guilford |

We, George Hopkins, Dr. Joachim von Cornberg, Fabian Hannich, Richard H. Moreschi, and David D'Agostini, pursuant to 28 U.S.C. § 1746, declare as follows:

We, on behalf of Arkansas Teacher Retirement System ("Arkansas Teacher"), Union Asset Management Holding AG ("Union"), Labourers' Pension Fund of Central and Eastern Canada ("Labourers' Pension Fund"), and LIUNA National (Industrial) Pension Fund and LIUNA Staff & Affiliates Pension Fund (collectively, the "LIUNA Funds," and together with the other movants, the "Institutional Investor Group"), respectfully submit this Joint Declaration in support of their joint Motion for appointment as Lead Plaintiff and approval their selection of Labaton Sucharow LLP ("Labaton Sucharow") and Motley Rice LLC ("Motley Rice") as Co-Lead Counsel for the proposed Class. We are informed of and understand the requirements of serving as a Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Each of us has personal knowledge regarding the information in this Joint Declaration relating to the respective fund with which we are associated.

1. I, George Hopkins, am Executive Director of Arkansas Teacher and am authorized to make this declaration on its behalf. Arkansas Teacher, headquartered in Little Rock, Arkansas, is a combination contributory/non-contributory retirement system governed by the State of Arkansas' retirement law that provides retirement,

disability, and survivor benefits to employees of Arkansas public schools and educationally related agencies. Arkansas Teacher had more than $9.8 billion in net assets held in trust for pension benefits as of June 30, 2010. As reflected in its certification, Arkansas Teacher purchased a significant amount of HP common stock on the New York Stock Exchange (the "NYSE") during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws as alleged in this action. After due consideration, and after conferring with my counterparts at Union, Labourers' Pension Fund, and the LIUNA Funds, Arkansas Teacher determined to file a joint application together with them to seek appointment as Lead Plaintiff. Arkansas Teacher has prior experience serving as a lead plaintiff in shareholder actions, and is familiar with the obligations and fiduciary responsibilities owed to a class.

2. We, Dr. Joachim von Cornberg and Fabian Hannich, are General Counsel for Union. Union is a sophisticated institutional investor and experienced fiduciary that is familiar with the provisions governing the appointment of lead plaintiffs in PSLRA actions. Based in Frankfurt, Germany, Union manages assets of around €169 billion, or approximately $230.6 billion, as of September 30, 2011, and has more than 2,400 employees. Union is fully authorized by virtue of assignments of legal claims to

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

2

represent the legal interests of the Funds, each of which suffered a significant loss from its transactions in HP common stock listed on the NYSE as a result of the violations of the federal securities laws as alleged in this action.  After due consideration, and after conferring with my counterparts at Arkansas Teacher, Labourers' Pension Fund, and the LIUNA Funds, Union determined to file a joint application together with them to seek appointment as Lead Plaintiff.  Union has prior experience serving as a lead plaintiff in shareholder actions, and is familiar with the obligations and fiduciary responsibilities owed to a class.

3. I, David D'Agostini, am Administrator of Labourers' Pension Fund and am authorized to make this declaration on its behalf.  Labourers' Pension Fund is a multi-employer pension plan with approximately $2.5 billion in assets, more than 37,500 members, and more than 14,600 pensioners and beneficiaries.  Labourers' Pension Fund is based in Oakville, Ontario, Canada.  As reflected in its certification, Labourers' Pension Fund purchased a significant amount of HP common stock on the NYSE during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws as alleged in this action.  After due consideration, and after conferring with my counterparts at Arkansas Teacher, Union, and the LIUNA Funds, Labourers' Pension Fund determined to file a joint application

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

3

together with them to seek appointment as Lead Plaintiff. Labourers' Pension Fund has prior experience serving as a lead plaintiff in shareholder actions, and is familiar with the obligations and fiduciary responsibilities owed to a class.

4. I, Richard H. Moreschi, am Assistant Fund Administrator of the LIUNA Funds and am authorized to make this declaration on their behalf. The LIUNA Funds is headquartered in Washington, D.C. with more than 27,000 members and more than 16,000 pensioners. The LIUNA Funds had approximately $1.8 billion in assets as of January 1, 2011. As reflected in their certifications, the LIUNA Funds purchased a significant amount of HP common stock on the NYSE during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws as alleged in this action. After due consideration, and after conferring with my counterparts at Arkansas Teacher, Union, and Labourers' Pension Fund, the LIUNA Funds determined to file a joint application together with them to seek appointment as Lead Plaintiff. The LIUNA Funds have prior experience serving as a lead plaintiff in shareholder actions, and are familiar with the obligations and fiduciary responsibilities owed to a class.

5. The Institutional Investor Group is composed of sophisticated institutional investors that have dedicated staffs of professionals that will ensure effective oversight

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

4

of counsel and of this litigation. Two members of the group—Labourers' Pension Fund and the LIUNA Funds—have an especially close relationship, in that there is overlap in their executive management and their boards of trustees. Specifically, Joseph Mancinelli serves on the boards of trustee for Labourers' Pension Fund and the LIUNA Staff & Affiliates Pension Fund. He is also the International Vice President for Labourers' Pension Fund and is the Regional Manager for the LIUNA Funds. Collectively, the members of the Institutional Investor Group manage tens of billions of dollars in assets and serve as fiduciaries to hundreds of thousands of fund beneficiaries.

6. We know that we did not have to seek appointment as lead plaintiff, either individually or jointly, to share in any potential recovery in this action. However, because Arkansas Teacher, Union, Labourers' Pension Fund, and the LIUNA Funds have prior experience serving as lead plaintiff in securities class actions and are institutional investors, we believe that our combined knowledge, experience, sophistication, and resources will enable us to vigorously represent the interests of the proposed Class. In light of this wealth of experience, the fact that the Institutional Investor Group has suffered significant losses as a result of the alleged fraud at HP, and that we share common goals in ensuring that this action is prosecuted diligently

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

5

and in the best interests of the Class, Arkansas Teacher, Union, Labourers' Pension Fund, and the LIUNA Funds decided to come together jointly to seek to prosecute this action as Lead Plaintiffs.

7. To that end, on November 14, 2011, Arkansas Teacher, Union, Labourers' Pension Fund, and the LIUNA Funds held a joint conference call with each other and counsel during which we discussed the merits of the action, the benefits of working together jointly to prosecute the litigation, the benefits to having two firms serve as co-lead counsel, as well as the procedures and mechanisms we have adopted to ensure that the Class will benefit from our supervision of counsel. In particular, we discussed our shared views that the prosecution of this action would greatly benefit from the leadership of institutional investors that have the resources and desire to ensure active oversight of the action and counsel. Importantly, we discussed our shared view that, in light of the nature of this action and the far-reaching impact of HP's business operations, the aggrieved Class would benefit from global representation, including investors from Europe and Canada who purchased HP common shares on the NYSE.

8. Our decision to jointly prosecute the action against HP was in part based on these prior experiences, as well as our shared beliefs regarding the role of corporate

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

6

governance in detecting and preventing securities fraud. We are aware that the Court has the discretion to appoint the "person or group of persons" with the largest financial interest as lead plaintiff. We—not counsel—decided to seek appointment as lead plaintiff jointly after due consideration and deliberation.

9. The members of the Institutional Investor Group are committed to the zealous prosecution of this action and will remain actively involved to ensure it is litigated effectively. Arkansas Teacher, Union, Labourers' Pension Fund, and the LIUNA Funds understand that if they are appointed as Lead Plaintiff, they will each owe a duty to provide fair and adequate representation, to oversee counsel, and to seek the largest possible recovery against all culpable parties on behalf of the Class consistent with good faith and vigorous advocacy. Further, in seeking to be appointed Lead Plaintiff in this action, Arkansas Teacher, Union, Labourers' Pension Fund, and the LIUNA Funds consent that they are subject to the jurisdiction of the presiding Court and will be bound by all rulings by the Court, including any judgments or orders.

10. In order to ensure that the action is prosecuted in the best interests of the Class, the members of the Institutional Investor Group have agreed to exercise joint decision-making and to work together in this action to actively monitor the activities of counsel. In particular, and in order to fulfill our obligation to monitor our counsel and

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

7

ensure the effective prosecution of this action, the Institutional Investor Group has established procedures for overseeing the progress of the litigation and communicating regularly among ourselves and with counsel.  Such procedures include our agreement to regularly review and discuss case filings with counsel through joint conference calls, as well as other measures that will ensure the work counsel performs is non-duplicative and in the best interests of the Class.  We have communicated our directive that this action be prosecuted efficiently and without duplication of work to our counsel and are confident they understand our mandate in this regard.

11.   We have implemented communication procedures to enable us to confer via phone and/or email on short notice to ensure that the Institutional Investor Group is able to make timely decisions.  We have also directed counsel to advise us of all developments during the lead plaintiff motion process.

12.   We will continue to direct counsel and actively oversee the prosecution of the action for the benefit of the proposed Class by, among other things, reviewing pleadings, conferring amongst ourselves, instructing counsel, and/or attending hearings, as necessary.

13.   One of the factors motivating us to jointly seek appointment as Lead Plaintiff in this Action was to ensure, through supervision of our chosen counsel,

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

8

Labaton Sucharow and Motley Rice, that this Action would be prosecuted in an efficient and cost-effective manner. We believe the firms we have selected to serve as Co-Lead Counsel are highly qualified to act as Class counsel and can work together efficiently and effectively. We believe it is essential to the satisfaction of our fiduciary responsibility to the proposed Class to select and retain lead counsel that have proven track records of handling this type of complex litigation and that will act pursuant to our direction and authority. We also believe that the Class will benefit from having the resources of two firms to prosecute a large and complex action such as this.

14. As sophisticated institutional investors, we take very seriously our obligations as Lead Plaintiffs to act in the best interests of the Class and are committed to actively monitoring the activities of our chosen counsel for the duration of the litigation. We have and will continue to oversee counsels' work in this action to ensure this litigation proceeds efficiently, effectively, and in a non-duplicative manner in accordance with the best interests of the proposed Class.

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

9

We declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November, 2011.

**Arkansas Teacher Retirement System**

*/s/ George Hopkins*
George Hopkins
Executive Director

Executed this ____ day of November, 2011.

**Union Asset Management Holding AG**

_____
Dr. Joachim von Cornberg
General Counsel

Executed this ____ day of November, 2011.

**Union Asset Management Holding AG**

_____
Fabian Hannich
General Counsel

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

10

We declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____ day of November, 2011.

**Arkansas Teacher Retirement System**

_____
George Hopkins
Executive Director

Executed this 14th day of November, 2011.

**Union Asset Management Holding AG**

_____
Dr. Joachim von Cornberg
General Counsel

Executed this 14th day of November, 2011.

**Union Asset Management Holding AG**

_____
Fabian Hannich
General Counsel

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP
ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF
SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

10

1  Executed this __14__ day of November, 2011.

                                    **Labourers' Pension Fund of Central**
                                    **and Eastern Canada**

                                    _/s/ David D'Agostini_____
                                    David D'Agostini
                                    Administrator

Executed this __14__ day of November, 2011.

                                    **LIUNA National (Industrial) Pension**
                                    **Fund and LIUNA Staff & Affiliates**
                                    **Pension Fund**

                                    _____
                                    Richard H. Moreschi
                                    Assistant Fund Administrator

Executed this ____ day of November, 2011.

> Labourers' Pension Fund of Central and Eastern Canada
>
> _____
> David D'Agostini
> Administrator

Executed this 14th day of November, 2011.

> LIUNA National (Industrial) Pension Fund and LIUNA Staff & Affiliates Pension Fund
>
> _____
> Richard H. Moreschi
> Assistant Fund Administrator

JOINT DECL. OF INSTITUTIONAL INVESTOR GROUP ISO ITS MOT. FOR APP'T AS LEAD PL. & APPROVAL OF SELECTION OF COUNSEL (8:11-CV-1404-AG-RNB)

11