**MOTLEY RICE LLP**
Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
1801 Century Park East, #475
Los Angeles, California 90067
Telephone: (310) 552-7992
Facsimile: (310) 552-8054

**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiff
Institutional Investor Group and
Co-Lead Counsel for the Class*

*[Additional counsel appear on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SECURITIES LITIGATION | Case No. SACV 11-1404 AG (RNBx)<br><br>**NOTICE OF MOTION AND LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Andrew J. Guilford<br>Dept.: Courtroom 10D<br>Hearing Date: April 28, 2014<br>Hearing Time: 10:00 a.m. |

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 PLEASE TAKE NOTICE that on April 28, 2014, at 10:00 a.m., Lead
3 Plaintiffs, Arkansas Teacher Retirement System, Union Asset Management
4 Holding AG, Labourers' Pension Fund of Central and Eastern Canada, LIUNA
5 National (Industrial) Pension Fund, and LIUNA Staff & Affiliates Pension Fund
6 (collectively, "Lead Plaintiffs"), shall move before the Honorable Andrew J.
7 Guilford, Judge of the United States District Court for the Central District of
8 California, Southern Division, Courtroom 10D, Ronald Reagan Federal Building
9 and United States Courthouse, at 411 West Fourth Street, Santa Ana CA, 92701-
10 4593 for entry of an Order: (a) preliminarily certifying a settlement class;
11 (b) preliminarily approving a proposed settlement of the above-captioned action;
12 (c) holding that the manner and forms of notice set forth in the accompanying
13 Preliminary Approval Order satisfy due process and provide the best notice
14 practicable under the circumstances; (d) setting a date for the Settlement Hearing
15 and approving certain Settlement-related procedures set forth in the Preliminary
16 Approval Order; (e) appointing Lead Plaintiffs as Class Representatives and Co-
17 Lead Counsel as Class Counsel; (f) appointing The Garden City Group, Inc. as
18 claims administrator; (g) ordering that notice substantially in the forms of the
19 proposed notices be given to the proposed Settlement Class; and (h) granting such
20 other and further relief as may be required. The Defendants do not oppose the
21 relief requested by this motion.

22 This motion is based upon this notice of motion, the memorandum of points
23 and authorities submitted in support thereof, the Declaration of Jonathan Gardner
24 submitted in support thereof and its annexed exhibits, the pleadings and other
25 documents on file in this action, and all other written material or oral argument as
26 may be presented to the Court.

27
28

LEAD PLS.' MEM. OF P. & A. IN SUPPORT OF UNOPPOSED
MOT. FOR PRELIM. APPROVAL OF PROPOSED SETTLEMENT
CASE NO. SACV 11-1404 AG (RNBx)

1

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

Co-Lead Counsel in the above-captioned action have conferred with Counsel for Defendants. The Defendants do not oppose the relief requested by this motion.

Dated: March 31, 2014          Respectfully submitted,

By:  /s/ Jonathan Gardner
Jonathan Gardner *(pro hac vice)*
jgardner@labaton.com
Paul J. Scarlato *(pro hac vice)*
pscarlato@labaton.com
Angelina Nguyen *(pro hac vice)*
anguyen@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1801 Century Park East, #475
Los Angeles, California  90067
Telephone: (310) 552-7992
Facsimile: (310) 552-8054

Gregg S. Levin *(pro hac vice)*
glevin@motleyrice.com
William S. Norton *(pro hac vice)*
bnorton@motleyrice.com
Christopher F. Moriarty *(pro hac vice)*
cmoriarty@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina  29464
Telephone: (843) 216-9000

LEAD PLS.' MEM. OF P. & A. IN SUPPORT OF UNOPPOSED
MOT. FOR PRELIM. APPROVAL OF PROPOSED SETTLEMENT
CASE NO. SACV 11-1404 AG (RNBx)

2

| | |
|---|---|
| 1 | Facsimile: (843) 216-9450 |
| 2 | *Attorneys for Lead Plaintiff Institutional* |
| 3 | *Investor Group and Co-Lead Counsel for the Class* |
| 4 | |
| 5 | Stephen R. Basser (Bar No. 121590) |
|   | sbasser@barrack.com |
| 6 | Samuel M. Ward (Bar. No. 216562) |
|   | sward@barrack.com |
| 7 | **BARRACK, RODOS & BACINE** |
| 8 | One America Plaza |
|   | 600 West Broadway, Suite 900 |
| 9 | San Diego, California  92101 |
| 10 | Telephone: (619) 230-0800 |
|    | Facsimile: (619) 230-1874 |
| 11 | |
| 12 | *Additional Counsel* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2014.

By:  */s/ Jonathan Gardner*

Jonathan Gardner *(pro hac vice)*
jgardner@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

LEAD PLS.' MEM. OF P. & A. IN SUPPORT OF UNOPPOSED
MOT. FOR PRELIM. APPROVAL OF PROPOSED SETTLEMENT
CASE NO. SACV 11-1404 AG (RNBx)

1

**Mailing Information for a Case 8:11-cv-01404-AG-RNB**

The following are those who are currently on the list to receive e-mail notices for this case:

Marie Bafus
mbafus@fenwick.com,vsheehan@fenwick.com,pnichols@fenwick.com

Jennifer R Bagosy
jbagosy@morganlewis.com,krosello@morganlewis.com

Stephen R Basser
sbasser@barrack.com,lnapoleon@barrack.com

Joel H Bernstein
jbernstein@labaton.com,rviczian@labaton.com,ElectronicCaseFiling@labaton.com,lmehringer
@labaton.com,sauer@labaton.com

Jennifer C Bretan
jbretan@fenwick.com,kayoung@fenwick.com

Monique E Cho
mcho@morganlewis.com

Brian Danitz
bdanitz@wsgr.com,pbaird@wsgr.com

Vanessa De Simone
DeSimone@labaton.com

Boris Feldman
boris.feldman@wsgr.com

Daniel S Floyd
dfloyd@gibsondunn.com,jarneson@gibsondunn.com

Jonathan Gardner
jgardner@labaton.com

Tahir I Golden
tgolden@fenwick.com,vsheehan@fenwick.com

David J Goldsmith
dgoldsmith@labaton.com,lmehringer@labaton.com,sauer@labaton.com

Robert Elliot Gooding , Jr
rgooding@morganlewis.com,krosello@morganlewis.com

David S Han
dhan@gibsondunn.com

Katherine L Henderson
khenderson@wsgr.com

Dean J Kitchens
dkitchens@gibsondunn.com,MOstrye@gibsondunn.com

Catherine J Kowalewski
katek@rgrdlaw.com,e_file_sd@rgrdlaw.com

Mark I Labaton
mlabaton@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com,pgioittazimmer@motleyrice.com

Gregg Steven Levin
glevin@motleyrice.com

Christopher F Moriarty
cmoriarty@motleyrice.com

Kevin P Muck
kmuck@fenwick.com,vsheehan@fenwick.com,kayoung@fenwick.com

Angelina Nguyen
anguyen@labaton.com

William S Norton
bnorton@motleyrice.com

Brian Oliver O'Mara
bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

Lance V Oliver
loliver@motleyrice.com

Vincent Ian Parrett
vparrett@motleyrice.com

Karen Pieslak Pohlmann
kpohlmann@morganlewis.com

Darren J Robbins
e_file_sd@rgrdlaw.com

Paul J Scarlato
pscarlato@labaton.com

Steven M Schatz
sschatz@wsgr.com

Laura Danielle Smolowe
laura.smolowe@mto.com,avis.fields@mto.com,gregory.weingart@mto.com,dan.munson@mto.com

Marc J Sonnenfeld
msonnenfeld@morganlewis.com

Michael W Stocker
mstocker@labaton.com,drogers@labaton.com,ravan@labaton.com,lmehringer@labaton.com,ckeller@labaton.com

Irina Vasilchenko
ivasilchenko@labaton.com

David C Walton
davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

Samuel M Ward
sward@barrack.com,lnapoleon@barrack.com


Manual Notice List
The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.
- (No manual recipients)