ISAACS FRIEDBERG & LABATON LLP
Mark Labaton (Bar No. 159555)
mlabaton@iflcounsel.com
555 South Flower Street, Suite 4250
Los Angeles, California  90071
Telephone: (213) 929-5550
Facsimile: (213) 955-5794

| | |
|---|---|
| MOTLEY RICE LLC | LABATON SUCHAROW LLP |
| Gregg S. Levin (*pro hac vice*) | Jonathan Gardner (*pro hac vice*) |
| glevin@motleyrice.com | jgardner@labaton.com |
| 28 Bridgeside Boulevard | 140 Broadway |
| Mt. Pleasant, South Carolina  29464 | New York, New York  10005 |
| Telephone: (843) 216-9000 | Telephone: (212) 907-0700 |
| Facsimile: (843) 216-9450 | Facsimile: (212) 818-0477 |

*Attorneys for Lead Plaintiff Institutional Investor Group
and Co-Lead Counsel for the Settlement Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. SACV 11-1404 AG (RNBx)

**ORDER APPROVING PLAN OF ALLOCATION**

Judge:  Hon. Andrew J. Guilford
Dept.:  Courtroom 10D
Hearing Date:  September 15, 2014
Hearing Time:  10:00 a.m.

THIS MATTER having come before the Court on the motion of Lead Plaintiffs Arkansas Teacher Retirement System, Union Asset Management Holding AG, Labourers' Pension Fund of Central and Eastern Canada, LIUNA National (Industrial) Pension Fund, and LIUNA Staff & Affiliates Pension Fund, for final approval of the proposed class action Settlement and approval of the Plan of Allocation; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

2.     The Court hereby finds and concludes that the formula in the Plan of Allocation for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency of Class Action and Proposed Class Action Settlement and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds among Settlement Class Members.  The purported objection to the Plan of Allocation is hereby overruled.

3.     The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

1

**IT IS SO ORDERED.**

2

3

Dated:  September 15, 2014

4

_____

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28